■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE MCBRIDE, Appellant. [687 NYS2d 273] —Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered July 31, 1997, convicting him of burglary in the second degree, petit larceny, criminal possession of stolen property in the fifth degree, criminal mischief in the fourth degree, and possession of burglar's tools, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was apprehended by police responding to a burglary-in-progress call in an apartment building. At the time of his arrest, the defendant was in possession of the fruits of the crime. Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620, 621), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Mangano, P. J., H. Miller, Feuerstein, Schmidt and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST LEE PERRY, Appellant. [687 NYS2d 281] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 8, 1995 (*People v Perry,* 215 AD2d 505), affirming two judgments of the County Court, Suffolk County, both rendered January 14, 1992.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Sullivan, Altman and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE SAENZ, Appellant. [687 NYS2d 279] —Appeal by the defendant from a judgment of the County Court, Orange County (Byrne, J.), rendered December 5, 1997.

Ordered that the judgment is affirmed (*see, People v Pellegrino,* 60 NY2d 636; *People v Kazepis,* 101 AD2d 816). O'Brien, J. P., Ritter, Joy, Altman and Smith, JJ., concur.